# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ed E Alonzo,<br><br>        Plaintiff,<br><br>v.<br><br>Akal Security Incorporated,<br><br>        Defendant. | **NO. CV-17-00836-PHX-JJT**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed March 12, 2019, which granted the Motion for Summary Judgment, judgment is entered in favor of Defendant and against Plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

                                                                       Brian D. Karth
                                                                 District Court Executive/Clerk of Court

March 12, 2019

                                                                     s/ D. Draper
                                                          By   Deputy Clerk